

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Melissa Friedland
212.497.8498 direct
212.583.9600 main
631.479.1643 fax
mfriedland@littler.com

November 18, 2022

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Erin Dicks v. NYC Health and Hospitals Corp. and Tandym Group LLC* -22-CV-6515

Dear Judge Furman:

As you are aware, our law firm represents Defendants NYC Health and Hospitals Corp., and Tandym Group LLC, f/k/a The Execu-Search Group, collectively referred to as Defendants, in this action.  We write with Plaintiff's counsel, pursuant to ¶1E of your Honor's Individual Rules, to request an extension of time to submit the joint letter and case management plan that is currently due December 1, 2021, and an adjournment of the initial conference scheduled for December 7th, 2022 at 9:00am.

The parties currently have a mediation scheduled for January 17, 2023, pursuant to the Court's Mandatory Mediation Program.  We are seeking a request for an extension and an adjournment of the initial conference in order to avoid additional fees and expenses with the hope that the case will resolve at the upcoming mediation.

Thank you for your consideration.

Respectfully,

/s/ Melissa Friedland

Melissa Friedland

cc: Michele Caiola, Esq. (via ECF)

> Application GRANTED.  The initial pretrial conference currently scheduled for December 7, 2022, is hereby ADJOURNED to **February 1, 2023**, at **9:00 a.m.**
>
> The Clerk of Court is directed to terminate ECF No. 24.
>
> SO ORDERED.
>
> November 21, 2022